1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. 2:11-cr-00030-MCE
                                  )
12         Plaintiff,              )
                                  )
13     v.                          ) STIPULATION AND ORDER
                                  ) CONTINUING STATUS CONFERENCE
14 JAVIER RODRIGUEZ-TORRES,        ) AND EXCLUDING TIME
                                  )
15         Defendant.              )
                                  )
16                                )
                                  )
17 _____)

18     The parties request that the status conference in this case
19 be continued from March 17, 2011, to March 31, 2011 at 9:00 a.m.
20 They stipulate that the time between March 17, 2011, to March 31,
21 2011 should be excluded from the calculation of time under the
22 Speedy Trial Act.  The parties stipulate that the ends of justice
23 are served by the Court excluding such time, so that counsel for
24 the defendant may have reasonable time necessary for effective
25 preparation, taking into account the exercise of due diligence.
26 18 U.S.C. § 3161(h)(7)(B)(iv).
27 ///
28 ///

1

1  Specifically, defense counsel needs time to review discovery with
2  the defendant, to examine possible defenses, and to continue
3  investigating the facts of the case.  The parties stipulate and
4  agree that the interests of justice served by granting this
5  continuance outweigh the best interests of the public and the
6  defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).
7  Dated:  March 15, 2011                  Respectfully submitted,
8                                          BENJAMIN B. WAGNER
                                            United States Attorney
9
10                                          */s/ Michele Beckwith*
                                        By: Michele Beckwith
11                                          Assistant U.S. Attorney
12 Dated: March 15, 2011
13                                          */s/ Matthew Bockmon*
                                            MATTHEW BOCKMON
14                                          Attorney for Defendant
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **ORDER**

2    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it
3 is ordered that the status conference presently set for March 17,
4 2011, be continued to March 31, 2011, at 9:00 a.m.  Based on the
5 representation of counsel and good cause appearing therefrom, the
6 Court hereby finds that the ends of justice to be served by
7 granting a continuance outweigh the best interests of the public
8 and the defendant in a speedy trial.  It is ordered that time
9 from the date of this Order, to and including, the March 31,
10 2011, status conference shall be excluded from computation of
11 time within which the trial of this matter must be commenced
12 under the Speedy Trial Act pursuant to 18 U.S.C. §
13 3161(h)(7)(B)(iv) and Local Code T-4.

14  Dated: March 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE